**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:24-cv-03751

In re Rule 45 Subpoena Served on:
BDM PERFORMANCE EXHAUST,

Respondent.

---

**DEFENDANT'S MOTION TO COMPEL COMPLIANCE**
**WITH SUBPOENA DUCES TECUM**

---

Pursuant to Federal Rule of Civil Procedure 45(d)(2)(B)(i), Defendants DET Diesel Emission Technologies, LLC ("DET") and Synergy Catalyst, LLC ("Synergy") ("Defendants"), by and through their counsel, Bryan S. David of Cunningham Swaim, LLP, hereby move this Court for an order compelling Respondent **BDM Performance Exhaust** ("Respondent") to comply with a lawfully issued and served Federal Subpoena Duces Tecum. In support thereof, Defendants show the Court as follows:

**BACKGROUND & JURISDICTION**

1. The underlying litigation, *DPF Alternatives, LLC, et al. v. DET Diesel Emission Technologies, LLC, et al.*, Cause No. 3:24-cv-01953-B, is currently pending in the United States District Court for the Northern District of Texas, Dallas Division.

2. This Court has jurisdiction over this enforcement action pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i) because Respondent BDM Performance Exhaust is located at 504 Knox Court, Denver, Colorado 80204, which is within the District of Colorado and constitutes the place of compliance.

3. On December 31, 2025, an attorney of record for the Defendants issued a Subpoena to Produce Documents, Information, or Objects in a Civil Action, along with a Notice of Intention to Take Deposition by Written Questions, directed to the Custodian of Records for Respondent. (See Subpoena and Notice, attached hereto as **Exhibit A**).

4. On January 7, 2026, a certified process server successfully executed service of the Subpoena at Respondent's business address (504 Knox Court, Denver, CO 80204). Service was accepted by an authorized coworker, "Steve," after he explicitly called Brian Lucero, who advised Steve to accept service on behalf of the entity. (See Signed Proof of Service, attached hereto as **Exhibit B**).

**ARGUMENT**

5. Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(ii), a nonparty commanded to produce documents must serve any written objections before the earlier of the time specified for compliance or 14 days after the subpoena is served.

6. Respondent's deadline to object or comply has passed. Respondent has failed to serve any written objections, failed to produce a single responsive document outlined in Exhibit A of the subpoena, and has completely ignored this federal mandate.

7. By completely failing to respond or object within the statutory 14-day window, Respondent has legally waived any objections it may have had regarding the scope, relevance, or burden of the document requests.

8. The documents sought (concerning transactions and communications involving "New Core", "DPF Alternatives", and "DPF Express") are highly relevant to the claims and defenses in the underlying Texas litigation.

## REQUEST FOR EXPENSES

9. Because Defendants were forced to file this Motion solely due to BDM's failure to comply with its discovery obligations, Defendants respectfully request an award of their reasonable attorney's fees and costs incurred in bringing this Motion, to the extent permitted by the Federal Rules of Civil Procedure and applicable law.

## CERTIFICATION OF CONFERRAL

10. Pursuant to D.C.COLO.LCivR 7.1(a), counsel for Defendants certifies that they made a good-faith effort to confer with BDM Performance Exhaust in an effort to resolve the discovery dispute without court action. Specifically, counsel transmitted written correspondence requesting compliance with the subpoena and offering to discuss any concerns regarding the requested production. A copy of that correspondence without the exhibits (correspondence exhibits are attached hereto as Exhibit A and B) and the certified mail return receipt are attached as **Exhibit C**. BDM did not respond despite those efforts, the parties were unable to resolve the dispute, necessitating the filing of this Motion.

## PRAYER FOR RELIEF

WHEREFORE, Defendants respectfully request that this Court enter an Order:

a) Granting this Motion to Compel;
b) Ordering Respondent BDM Performance Exhaust to produce all responsive documents outlined in the Subpoena within seven (7) days;
c) Warning Respondent that continued non-compliance will result in Contempt of Court sanctions under Fed. R. Civ. P. 45(g); and
d) Awarding Defendants their reasonable attorney's fees and costs of $70.00 incurred in executing service of this subpoena.

Dated: August 14, 2026

Respectfully submitted,

*/s/ Bryan S. David*
Bryan S. David,
CO Bar No. 57091
CUNNINGHAM SWAIM, LLP
4015 Main Street, Suite 200
Dallas, Texas 75226
Telephone: 214-646-1495
Facsimile: 214-613-1163
bdavid@cunninghamswaim.com

Attorneys for DET Diesel Emission Technologies, LLC and Synergy Catalyst, LLC